WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW    FILED'05 OCT 06 09:44USDC-ORE
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CHRISTOPHER IRWIN,**  CV # 04-835-HO

    Plaintiff,

vs.  ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $6,750.00 and expenses in the amount of $15.72 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $175.00 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 5th day of Oct., 2005.

_____
United States District Judge

Submitted on October 4, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1